IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BRANDY M. WORTHINGTON, | ) | CIVIL ACTION NO. 3:24-CV-00880 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE HELMICK |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the parties' Joint Stipulation for Award of Attorney Fees Under the EAJA.

The Court, having read the Stipulation and being duly advised, hereby orders that: Plaintiff be awarded: $5,460.00 for attorney fees in full satisfaction of any and all claims for attorney fees, expenses, and costs that may be payable to plaintiff in this matter under the EAJA, 28 U.S.C. § 2412.

If counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to Plaintiff's attorney pursuant to Plaintiff's signed statement assigning any EAJA fees to Plaintiff's attorney.

This award will satisfy any and all of Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.

Date: 10/22/2024

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge